1   CHRISTOPHER CHIOU
2   Acting United States Attorney
    District of Nevada
3   Nevada Bar No. 14853

4   OSCAR GONZALEZ DE LLANO, DCBN 491042
    Special Assistant United States Attorney
5   Social Security Administration
    160 Spear Street, Suite 800
6   San Francisco, CA 94105
    Telephone: 510-970-4818
7   Email: Oscar.Gonzalez@ssa.gov

8   Attorneys for Defendant

9

10

11                      UNITED STATES DISTRICT COURT

12                           DISTRICT OF NEVADA

13   TARA GRANT,                          )
                                          )   Case No.: 2:21-cv-00422-JAD-DJA
14              Plaintiff,                 )
                                          )   **UNOPPOSED MOTION FOR EXTENSION OF**
15        vs.                             )   **TIME TO RESPOND TO PLAINTIFF'S**
                                          )   **MOTION TO REVERSE AND/OR REMAND**
16   KILOLO KIJAKAZI,                     )   **BASED ON NEW EVIDENCE**
     Acting Commissioner of Social Security,[1] )
17                                        )   (*FIRST REQUEST*)
                Defendant.                )
18   _____ )

19

20

21

22

23

24   _____
     [1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule
25   25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for
     Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason
26   of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

IT IS HEREBY REQUESTED, by Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), by and through undersigned counsel of record, that, with the Court's approval, Defendant shall have an extension of time of twenty-one (21) days to file a Response to Plaintiff's Motion to Reverse and/or Remand Based on New Evidence.  Plaintiff appears to have filed duplicate copies of her Motion to Reverse and/or Remand Based on New Evidence on August 27, 2021 (Doc. 30) and August 30, 2021 (Doc. 32).   Thus, the current due date based on the initial filing on August 27, 2021 would be September 27, 2021, and the extended due date if granted would be October 18, 2021. This is Defendant's first request for an extension regarding filing a Response to Plaintiff's Motion to Reverse and/or Remand Based on New Evidence.  Counsel for Defendant has consulted with Plaintiff regarding this extension and Plaintiff has no objection to this request.

Good cause exists for this request.  Defendant respectfully requests this additional time because Counsel for Defendant has been unable to devote the time required to complete Defendant's response to Plaintiff's Motion due to his wife going into the hospital a week earlier than expected to give birth to his second child.  The undersigned attorney will continue to be out on leave this week and then will return for a couple weeks to wrap up outstanding matters, such as filing the responsive brief in this matter before going out on paternity leave for a few months.  It is therefore respectfully requested that Defendant be granted an extension of time to file the Response to Plaintiff's Motion to Reverse and/or Remand Based on New Evidence, through and including October 18, 2021.

Dated:  September 27, 2021

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Oscar Gonzalez de Llano
Oscar Gonzalez de Llano
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  September 28, 2021

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age.  My business address is 160 Spear Street, Suite 800, San Francisco, California 94105.  I am not a party to the above-entitled action.  On the date set forth below, I caused service of **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO REVERSE AND/OR REMAND BASED ON NEW EVIDENCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing.  Defendant also mailed a copy of the filing to the Plaintiff at:

Tara Grant
7380 S Eastern Ave
Unit 124-474
Las Vegas, NV 89123

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 27, 2021

/s/ *Oscar Gonzalez de Llano*
Oscar Gonzalez de Llano
Special Assistant United States Attorney